```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 38923
    JERODENE BLAND
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7746


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/19/2004 and was confirmed 12/06/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  30.85% from remaining funds.

    The case was paid in full 11/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CHASE CARD SERVICES        SECURED           1421.24          94.77         1421.24
ECAST SETTLEMENT CORP      UNSECURED OTH   10376.42            .00          3209.95
LVNV FUNDING LLC           UNSECURED OTH     625.64            .00           192.60
ABN AMRO MORTGAGE GROUP    CURRENT MORTG       .00             .00             .00
GENERAL MOTORS ACCEPTANC   SECURED           9875.00         610.34         9875.00
GENERAL MOTORS ACCEPTANC   UNSECURED         3873.18           .00          1194.68
CENTRAL CREDIT UNION OF    UNSECURED         2071.91           .00           639.08
ECAST SETTLEMENT CORP      UNSECURED         7172.56           .00          2212.38
SHERMAN ACQUISITION        UNSECURED         3743.39           .00          1154.65
SHERMAN ACQUISITION        UNSECURED         7279.52           .00          2245.37
ECAST SETTLEMENT CORP      UNSECURED         2520.13           .00           777.33
SHERMAN ACQUISITION        UNSECURED         4077.33           .00          1257.65
ROUNDUP FUNDING LLC        UNSECURED         3600.33           .00          1110.52
ERNESTO D BORGES JR        DEBTOR ATTY       2,294.00                       2,294.00
TOM VAUGHN                 TRUSTEE                                          1,626.44
DEBTOR REFUND              REFUND                                             255.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               30,171.50

PRIORITY                                         .00
SECURED                                    11,296.24
    INTEREST                                  705.11
UNSECURED                                  13,994.21
ADMINISTRATIVE                              2,294.00
TRUSTEE COMPENSATION                        1,626.44
DEBTOR REFUND                                 255.50
                       ---------------    ---------------
TOTALS                30,171.50            30,171.50

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 38923 JERODENE BLAND
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE